IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| MYMAIL, LTD., | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 2:16-CV-01000-JRG-RSP |
| | § | |
| YAHOO!, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Before the Court are various recommendations by Magistrate Judge Payne. R. & R. (Dkt. No. 110). Neither party has filed objections to these recommendations.

Having reviewed the Report and Recommendation, **IT IS ORDERED** Magistrate Judge Payne's Report and Recommendation (Dkt. No. 110) recommending denial of MyMail's Motion for Summary Judgment (Dkt. No. 65) and denial of Yahoo's Motion Pursuant to Rule 56(d) (Dkt. No. 74) are hereby **ADOPTED**. MyMail's Motion (Dkt. No. 65) and Yahoo's Motion (Dkt. No. 74) are therefore both **DENIED** as **MOOT**.

**So ORDERED and SIGNED this 15th day of August, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE